IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY CHRIS MOBLEY,
    Plaintiff,

v.                                      CASE NO.: 3:07cv235/MCR/MD

WALTON COUNTY DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.

_____

**O R D E R**

    Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order dated June 19, 2007 plaintiff was advised to either file a complete motion to proceed *in forma pauperis*, or submit payment in the amount of $350.00 (doc. 4). After receiving no response from plaintiff, a show cause order issued giving plaintiff twenty days to show cause why this case should not be dismissed. Plaintiff responded and stated that he had not received the court's June 19, 2007 order because of a change of address.

    Accordingly, it is ORDERED:

    1.    The clerk is directed to send plaintiff a complete motion to proceed *in forma pauperis*, which he shall fill out and file, along with supporting documentation, within thirty (30) days.

    2.    Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and to comply with an order of the court.

    DONE AND ORDERED this 22nd day of August, 2007.

                            /s/ *Miles Davis*
                            MILES DAVIS
                            UNITED STATES MAGISTRATE JUDGE