**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**RAY CHRIS MOBLEY,**
        **Plaintiff,**

**v.**                                                              **3:07cv235/MCR/MD**

**WALTON COUNTY DEPARTMENT
OF CORRECTIONS, et al.,**
        **Defendants.**

_____

**O R D E R**

        Plaintiff, an inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff has also submitted a motion to proceed *in forma pauperis* (doc. 10) along with a copy of his trust fund account statement from May 31, 2007 through August 13, 2007. Plaintiff is reminded that it is his responsibility to obtain the required printout(s) from each institution at which he may have been confined during the six month period prior to the signing of the complaint.  Therefore, plaintiff will be required to supplement his trust account information through the date of signing his complaint.     Accordingly, it is ORDERED:

        1.     Within thirty (30) days from the date of this order, plaintiff shall file a copy of his trust fund account statement reflecting transactions in his prisoner account for the period of **November 29, 2006 through May 29, 2007.**  If he was not incarcerated during this time, he should file a notice to this effect.

        2.     Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.


        DONE AND ORDERED this 9th day of October, 2007.



        /s/ *Miles Davis*
        MILES DAVIS
        UNITED STATES MAGISTRATE JUDGE

*Case No: 3:01cv492*